**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**PETE REDECOP, D/B/A DELTA Z FARMS, ET AL.,**　　　　**PLAINTIFFS,**

**VS.**　　　　**CIVIL ACTION NO. 4:04CV62-P-B**

**BILL GERBER AND GERBER INSURANCE**
**AGENCY, INC.,**　　　　**DEFENDANTS.**

**AMENDED FINAL JUDGMENT**

In accordance with the Jury Verdict returned on October 11, 2006 after a trial was held for this matter, it is the final judgment of the court that Plaintiffs Pete Redecop d/b/a Delta Z Farms, Frank Redecop, Abe Redecop, Jacob Redecop, Isaac Redecop, and Sailboat Plantation, Inc. are entitled to, and are hereby awarded, $295,438.87 from Defendants Bill Gerber and Gerber Insurance Agency, Inc., with the legal rate of interest after judgment as provided by law. Furthermore, since the claim against Bill Gerber personally has been discharged in bankruptcy, this judgment against Bill Gerber shall be effective only to the extent insurance exists to satisfy the judgment.

**SO ORDERED** this the 10th day of January, A.D., 2007.

　　　　　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.
　　　　　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE