IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

PETE REDECOP, D/B/A DELTA Z FARMS, ET AL., PLAINTIFFS,

VS. CIVIL ACTION NO. 4:04CV62-P-B

BILL GERBER AND GERBER INSURANCE
AGENCY, INC., DEFENDANTS.

## ORDER

This matter comes before the court upon Defendants' Motion for Approval of Supersedeas Bond and to Stay Execution on Judgment Pending Appeal [68-1]. After due consideration of the motion and the opposition filed thereto, the court finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendants' Motion for Approval of Supersedeas Bond and to Stay Execution on Judgment Pending Appeal [68-1] is **GRANTED**; therefore,

(2) Pursuant to Federal Rule of Appellate Procedure 8(a), the court hereby stays execution of the Final Judgment in this matter pending appeal.

**SO ORDERED** this the 22nd day of February, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE